**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7617**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CURTIS LEE WATSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-88-201-A)

---

Submitted: January 16, 2003          Decided: January 24, 2003

---

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Curtis Lee Watson, Appellant Pro Se. Lea Ann Carlisle, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis Lee Watson appeals the district court's order denying his "Motion for Lifting of the Current Federal Detainer."  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>United States v. Watson</u>, No. CR-88-201-A (E.D. Va. Oct. 9, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2